**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHAD COLON,<br><br>　　　Plaintiff<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　Defendant | Case No.: 3:24-cv-00485-CSD<br><br>**Order** |

Plaintiff filed an application to proceed *in forma pauperis* (IFP) and pro se complaint against the Commissioner of Social Security alleging the Administrative Law Judge (ALJ) made harmful legal errors on his disability case. (ECF Nos. 1, 1-1.) On November 15, 2024, the court issued an order finding that Plaintiff did not allege that he appealed the ALJ's decision to the Social Security Appeals Council and received a decision that would be a final appealable decision of the Commissioner. Nor did he allege how the ALJ erred in denying him disability benefits. As such, the court ordered that the complaint would be filed and served on the Commissioner, but the court dismissed the complaint with leave to amend to correct those deficiencies. Plaintiff was given 30 days to file an amended complaint. He was cautioned that a failure to timely do so may result in dismissal of his action. (ECF No. 6.)

///

///

///

///

Plaintiff has not timely filed an amended complaint. Therefore, the court will dismiss this action without prejudice.

## CONCLUSION

This action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk shall administratively close this case.

**IT IS SO ORDERED**.

Dated: December 17, 2024

_____
Craig S. Denney
United States Magistrate Judge

2